**William G. HARGIS, Appellant,**

v.

**Ernest H. DEARBORN et al., Appellees.**

Court of Appeals of Kentucky.

May 5, 1961.

Rehearing Denied Sept. 22, 1961.

William G. Hargis, pro se.

Ware & Ware, Covington, for appellees.

PER CURIAM.

Judgment of the Kenton Circuit Court, John A. Breslin, Jr., Special Judge, enjoined defendant from replacing part of a line fence with a cattle guard at or near the place where a private passway intersects the fence through a gate. The record does not disclose the amount in controversy to be as much as $200, and there is no discernible question of constitutional rights or statutory interpretation. The appeal will not lie, either on motion or as a matter of right. Cf. Hargis v. Dumbacher, Ky. 1956, 293 S.W.2d 637. KRS 21.080.

Appeal dismissed sua sponte.